

# NUMBER 13-22-00598-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE CIRRUS DESIGN CORPORATION D/B/A CIRRUS AIRCRAFT

## On Petition for Writ of Mandamus.

# ORDER

### Before Chief Justice Contreras and Justices Longoria and Silva
### Order Per Curiam

On December 27, 2022, relator Cirrus Design Corporation d/b/a Cirrus Aircraft (Cirrus) filed a petition for writ of mandamus contending that the trial court abused its discretion by (1) issuing a "Sharing Protective Order," and (2) requiring relator to respond to requests for production. We request the real parties in interest, Scott Carrol Jorgenson, individually and as representative of the estate of Carrol Vester Jorgenson, or any others whose interest would be directly affected by the relief sought, such as Armando Lopez, Terry Lopez, and Armando Lopez and Terry Lopez as next friends of A.L., a minor, to file

a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
28th day of December, 2022.